## DECLARATION

I, ROBERT DUANE FRANKLIN, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT. WHICH IS THAT I HAVE ALSO PRESENTED THE MAIL ROOM WITH A "PRISONERS APPLICATION TO PROCEED IN FORMA PAUPERIS" ON SEPTEMBER 27, 2007, IN ORDER FOR IT TO PROCESS IT IN ACCORDANCE WITH THIS INSTITUTIONAL PROCEDURES, AS STATED ON THE INSTITUTIONAL FORM THAT I AM ALSO PROVIDING THE COURT WITH.

EXECUTED ON SEPTEMBER 27, 2007, IN SUSANVILLE, CALIFORNIA.

ROBERT DUANE FRANKLIN          Robert Duane Franklin
(PRINT NAME)                   (SIGNATURE)

State of California

Department of Corrections and Rehabilitation
High Desert State Prison

# Memorandum

Date : June 12, 2007

To : A Facility Sergeant Johnsen

Subject: **CERTIRICATIONS AND INFORMA PAUPERIS**

Up until recently there have been staffing issues in the accounting office. Now as the new Accountant I Supervisor I have taken on the responsibility of doing the six month certification for this legal work. I have always managed to finish these within a maximum of one week. Although I only certify the trust statements and that is a small step in the entire process. Most of the work happens in the mailroom. I have attached directions for submitting these forms correctly. If this procedure is not followed the papers may never get filed, but we try to return them to the inmate. Please forward this information to anyone who needs it. Thank you and if you have any questions please call me at extension x5601.

L. Jacobs
Accountant I Supervisor

## TRUST STATEMENT CERTIFICATION
## RETURN TO INMATE

Date Returned: _____

INMATE: _____ CDC# _____ HOUSED: _____

Your paperwork for a Certified Statement is being returned. Please follow the institutional procedures listed below for the proper processing of your certification:

1. Submit your Certification Form and any other attachments to the **Mail Room** with a self-addressed stamped envelope to the proper court for processing/mailing.

2. The Mail Room will forward the Certification Form to the Trust Office for completion.

3. The Trust Office will return the completed Certification Form to the Mail Room.

4. The Mail Room will then log your legal mail on your Legal Card and mail out.

This ensures proper processing and mailing of your legal material.

Thank you

## PROOF OF SERVICE BY PERSON IN STATE CUSTODY

I, the undersigned, hereby declare that I am over the age of eighteen (18), and that I am incarcerated at High Desert State Prison in Susanville, California, that I am [ ] or am not [X] a party to this action, and that on the 27 day of SEPTEMBER, 2007, I served a true and complete copy of the following:

> TWO COMPLAINTS UNDER THE CIVIL RIGHTS ACT 42 U.S.C. 1983 AND ONE PRISONERS APPLICATION TO PROCEED IN FORMA PAUPERIS

by handing it to institutional staff with First Class Postage prepaid in full for mailing to the following addresse[s]:

> OFFICE OF THE CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> 450 GOLDEN GATE AVENUE
> SAN FRANCISCO, CALIFORNIA 94102

I, declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON SEPTEMBER 27, 2007, in Susanville, California, County of Lassen.

ROBERT DUANE FRANKLIN
Print Name

Robert Duane Franklin
Signature