UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

October 19, 2007

Clerk of the Court,
U.S. District Court, Eastern District of CA
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2133

RECEIVED OCT 23 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY_____ DEPUTY CLERK

FILED OCT 25 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

2:07 - CV - 2259 FCD   PC

RE: CV 07-05080 SBA   ROBERT DUANE FRANKLIN-v-P.A.G. DUDLEY

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Jessie Mosley
Case Systems Administrator

Enclosures